# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BROTHERTON, | Case No. 1:16-cv-00265 DLB PC |
| Plaintiff, | ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE |
| v. | |
| ZUNIGA, et al., | (Document 3) |
| Defendant. | |

Plaintiff Brandon Brotherton ("Plaintiff") is a federal prisoner proceeding pro se in this action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed this action in on January 11, 2016, in the Court of Common Pleas of Portage County, Ohio. Defendants removed the action to the United States District Court for the Northern District of Ohio on February 5, 2016. Defendants also filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2), 12(b)(5) and 12(b)(6).

On February 24, 2016, the action was transferred to this Court, as the events at issue occurred while Plaintiff was incarcerated at F.C.I. Mendota.

It is this Court's practice to first screen all prisoner complaints pursuant to 28 U.S.C. § 1915A(a)[1] to determine whether the complaint states any cognizable claims for relief. The

---
[1] The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).

1

majority of cases are screened prior to service on defendants, and the Court's screening order determines whether service is appropriate. In removal cases such as this, however, Defendants have already appeared in the action. Nonetheless, the Court proceeds with the screening requirement of section 1915A(a). If and when the Court finds that the complaint states a claim, the Court will order Defendants to file a responsive pleading.

    Accordingly, Defendants' motion to dismiss is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: **February 26, 2016**        /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE