# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON BROTHERTON, | Case No. 1:16-cv-00265 DLB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDERS AND FAILURE TO PROSECUTE |
| v. | |
| ZUNIGA, et al., | |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Brandon Brotherton ("Plaintiff") is a federal prisoner proceeding pro se in this action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. Plaintiff filed this action on January 11, 2016, in the Court of Common Pleas of Portage County, Ohio. Defendants removed the action to the United States District Court for the Northern District of Ohio on February 5, 2016, and it was transferred to this Court on February 25, 2016.

On May 17, 2016, the Court screened the complaint and dismissed it with leave to amend. Pursuant to that order, an amended complaint was due within thirty (30) days. Over thirty (30) days have passed and he has not filed an amended complaint or otherwise contacted the Court.

Additionally, on June 1, 2016, the Court sent Plaintiff a third order regarding consent and request for reassignment. Plaintiff was ordered to either decline or consent to Magistrate Judge jurisdiction within thirty (30) days. Plaintiff has not done so.

///

     Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow Court orders and failure to prosecute. Plaintiff must file a response to this order within thirty (30) days. Plaintiff may also comply by filing an amended complaint pursuant to the May 17, 2016, order, <u>and</u> complying with the June 1, 2016, order.

     <u>Failure to follow this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: **July 8, 2016**             /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE